```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 19082
   ANGELA S WEATHERSPOON WILLIAMS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4554


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 10/16/2007 and was confirmed 01/22/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors  10.00%.

      The case was dismissed after confirmation 09/19/2008.
-------------------------------------------------------------------------------
   CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
   COUNTRYWIDE HOME LOANS     CURRENT MORTG        .00           .00            .00
   COUNTRYWIDE HOME LOANS     MORTGAGE ARRE   11604.38           .00         372.45
   CITY OF CHICAGO WATER DE   SECURED           300.00           .00         150.00
   REGIONAL ACCEPTANCE CORP   SECURED VEHIC   19029.00        882.48         802.92
   REGIONAL ACCEPTANCE CORP   UNSECURED        2098.71           .00            .00
   GALAXIE CONSTRUCTION       SECURED          1950.00         80.82         169.73
   M WALTER ROOFING           SECURED NOT I  NOT FILED           .00            .00
   CITIBANK                   UNSECURED            .00           .00            .00
   CITIBANK                   UNSECURED            .00           .00            .00
   COMMONWEALTH EDISON        UNSECURED         351.44           .00            .00
   CONSUMER PORTFOLIO SERV    UNSECURED       15773.78           .00            .00
   GREAT AMERICAN FINANCE     UNSECURED         612.96           .00            .00
   ADVOCATE CHRIST HOSPITAL   UNSECURED      NOT FILED           .00            .00
   UIC                        UNSECURED      NOT FILED           .00            .00
   NUVELL CREDIT CO LLC       UNSECURED      NOT FILED           .00            .00
   PEOPLES GAS LIGHT & COKE   UNSECURED        3184.35           .00            .00
   SKO BRENNER AMERICAN INC   UNSECURED      NOT FILED           .00            .00
   SOUTHWEST CREDIT           UNSECURED      NOT FILED           .00            .00
   CFS SUNTECH SERVICING      UNSECURED            .00           .00            .00
   CFS SUNTECH SERVICING      UNSECURED            .00           .00            .00
   TIDEWATER MOTOR CREDIT     SECURED          7121.65        483.81         268.51
   US BANK                    NOTICE ONLY    NOT FILED           .00            .00
   ECMC                       UNSECURED            .00           .00            .00
   GALAXIE CONSTRUCTION       UNSECURED         927.25           .00            .00
   ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,414.00                     3,414.00
   TOM VAUGHN                 TRUSTEE                                         727.18
   DEBTOR REFUND              REFUND                                        1,093.65

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------------
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 19082 ANGELA S WEATHERSPOON WILLIAMS

```
TRUSTEE                                      8,445.55

PRIORITY                                                              .00
SECURED                                                          1,763.61
    INTEREST                                                     1,447.11
UNSECURED                                                             .00
ADMINISTRATIVE                                                   3,414.00
TRUSTEE COMPENSATION                                               727.18
DEBTOR REFUND                                                    1,093.65
                                         ----------------  ----------------
TOTALS                                       8,445.55            8,445.55
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 12/22/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE





                              PAGE   2
          CASE NO. 07 B 19082 ANGELA S WEATHERSPOON WILLIAMS